STATE OF NEW JERSEY v. RAPHEL ROSADO.

September 12, 1977. Petition for certification denied.

PAUL W. STONE v.
ALL STATE CLEANING CONTRACTORS, INC.

September 12, 1977. Petition for certification denied.

WALTER H. ZYCK v. HARTFORD INSURANCE GROUP.

September 12, 1977. Petition for certification denied. (See 150 *N. J. Super.* 431)

STATE OF NEW JERSEY v. EDWARD SANCHEZ.

September 12, 1977. Petition for certification denied. (See 150 *N. J. Super.* 424)

MICHAEL J. SANNER v.
GOVERNMENT EMPLOYEES INSURANCE COMPANY.

September 12, 1977. Petition for certification granted. (See 150 *N. J. Super.* 488)